UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| HAROLD H. ROWE, JR., | ) |
| | ) |
| Plaintiff | ) |
| v. | ) Civil No. 07-94-B-W |
| | ) |
| BRIAN POLLY, | ) |
| | ) |
| Defendant | ) |

**O R D E R**

Plaintiff has filed a Complaint under 42 U.S.C. Section 1983 seeking monetary damages from a fellow prisoner. His complaint is accompanied by neither the filing fee nor an application to proceed in forma pauperis. Rowe has failed to pay the $350.00 filing fee. Plaintiff is hereby ordered to pay the $350.00 filing fee[1] by August 6, 2007, failing which I will issue a recommendation that this matter be dismissed from the docket because no filing fee has been paid.

*SO ORDERED*

July 13, 2007                                    /s/ Margaret J. Kravchuk
                                                U.S. Magistrate Judge

---

[1]     Normally in this situation I would grant Rowe leave to file an application to proceed in forma pauperis in lieu of paying the filing fee. However, I have already issued three recommended decisions in the last month recommending denial of IFP status based upon Rowe's frequent and frivolous filings. Please see Rowe v. Blake, 7-cv-86, Rowe v. Turner, 7-cv-87, and Rowe v. Riley, 7-cv-91. This complaint does not appear to be facially frivolous like some of the others, but it does not contain any allegation that even remotely suggests that Rowe is in imminent danger of serious physical injury such as would relieve him of his obligations under the PLRA. 28 U.S.C. § 1915(g).

Dockets.Justia.com